# EXHIBIT 8



Jacob Wittman <jw@plasma.to>

## Re: Plasma - Notice to Token Warrant Holders (Mercury Fund)

**Samantha Lewis** <Samantha@mercuryfund.com>  Thu, Aug 21, 2025 at 6:47 AM
To: Blair Garrou <blair@mercuryfund.com>
Cc: "Aridi Barake, Michael" <MAridiBarake@cooley.com>, Patrick Okorafor <patrick@mercuryfund.com>, Jacob Wittman <jw@plasma.to>, "Seira, Rodrigo" <rseira@cooley.com>, "King, Katherine M." <kmking@cooley.com>

Hi Michael and Jacob,

Hope all is well. I'm following up here to see if we can get an updated cap table. As you might remember, we bought out some of the legacy shareholders common stock back in Q1 of this year and would like to see where that puts our total holdings.

Thanks!


Sent via Superhuman


On Thu, Aug 07, 2025 at 8:43 AM, Blair Garrou <blair@mercuryfund.com> wrote:

> Hi Michael – thank you.  I'm also cc'ing my Partner Samantha Lewis who is a Board Observer for Plasma. Could she be copied on all legal correspondence as well?
>
>
> Also, could we get a copy of the most current cap table?
>
>
> Best,
>
> Blair
>
>
>
> **blair garrou**
>
> mercury l startup venture capital
>
> 281.250.9579
>
> @bgarrou
>
>
>
> **From:** Aridi Barake, Michael <MAridiBarake@cooley.com>
> **Date:** Thursday, August 7, 2025 at 2:45 AM
> **To:** Patrick Okorafor <patrick@mercuryfund.com>, Blair Garrou <blair@mercuryfund.com>
> **Cc:** Jacob Wittman <jw@plasma.to>, Seira, Rodrigo <rseira@cooley.com>, King, Katherine M.

<kmking@cooley.com>

**Subject:** Plasma - Notice to Token Warrant Holders (Mercury Fund)

Mercury Fund team,

We are providing you with the attached notice on behalf of Chain Technologies Research ("**Plasma**" or the "**Company**") to inform you that on May 13, 2025, the Company consummated a token structuring event for the XPL token.

Pursuant to your Warrants to Purchase Tokens (your "**Token Warrants**"), each Mercury entity is entitled to exercise its right to purchase its Portion (as defined in your Token Warrants) of tokens on the following terms:

- Portion:
    - Mercury Fund Affiliates IV, L.P.: 431,198
    - Mercury Fund IV, L.P.: 12,068,707

- Exercise Price:
    - Mercury Fund Affiliates IV, L.P.: $14.96
    - Mercury Fund IV, L.P.: $418.78, for **$433.75 total**

- Summary of the unlock schedule: no tokens can be transferred for the one year period after the mainnet launch, at which point 1/3 of the tokens will unlock. 1/36 of the tokens will unlock monthly thereafter such that 100% of the tokens are unlocked on the date that is three years from mainnet launch.

Should you choose to exercise your warrant, please complete the following steps by **October 5, 2025**:

1. Sign a copy of the attached exercise notice and release **for each of Mercury Fund Affiliates IV, L.P. and Mercury Fund IV, L.P.**. We will provide a DocuSign shortly.
2. Pay the exercise prices. The Company has made payment instructions available at this link.

**Please note: this token has NOT been announced publicly or launched yet, and its existence, your purchase thereof, and any future plans regarding the token are confidential and should not be shared outside of this email thread.**

Please feel free to reach out with any questions copying the Company's general counsel, Jacob Wittman (jw@plasma.to).

Regards,

Michael

**Michael Aridi Barake**

Cooley LLP

1333 2nd Street, Suite 400

Santa Monica, CA  90401-4100

+1 310 883 6434 office

[maridibarake@cooley.com](maridibarake@cooley.com)

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.