# EXHIBIT 9

# Chain Technologies Research

August 6, 2025

TO:         Holders of Warrants to Purchase Tokens

FROM:     Chain Technologies Research (the "***Company***")

RE:         **Token Structuring Event, Option to Exercise Warrant and Waiver of Related Claims**

      Please be advised that, as contemplated by those certain Warrants to Purchase Tokens issued by the Company (each, a "***Warrant***"), the Company consummated a Token Structuring Event of the XPL tokens (collectively, the "***Tokens***") on May 13, 2025. Pursuant to the terms of your Warrant, you have 60 days from the date hereof to exercise your Warrant to purchase a number of the Tokens up to the amount of your Portion (as set forth below).

| | |
|---|---|
| Total Network Tokens | 10,000,000,000 |
| Portion | Provided via accompanying e-mail. |
| Pre-Launch Valuation Per Token | $0.0000347 |
| Warrant Exercise Price | The lesser of (i) $1,000 and (ii) the Pre-Launch Valuation per Token multiplied by that number of Tokens for which you exercise the Warrant |
| Expiration Date | 60 days from the date hereof |

      To complete the Exercise, you must (i) execute and deliver the waiver of the notice provision provided in the Warrants and release of any claims arising therein attached hereto as <u>Exhibit A</u>, (ii) execute and deliver an Exercise Notice as set forth in the Warrant and in the form attached hereto as <u>Exhibit B</u> and (iii) either (a) submit payment of the Warrant Exercise Price in accordance with the Warrant or (b) submit an election to net exercise as provided in Section 2.5 of the Warrant.

      The Company is partnering with Coinbase Prime (the "***Custodian***") for custody of the Tokens. The Custodian's platform will be ready at mainnet launch. You must onboard to a Custodian wallet to receive the Tokens upon the exercise of your Warrant. We will follow with more information regarding onboarding with the Custodian shortly.[1]

      By delivering the Exercise Notice, you will confirm and agree that (a) the representations and warranties set forth in Schedule 1 of the Warrant, as they apply to you, are true and complete in all material respects as of the date of such Exercise Notice, (b) you will complete and deliver all information and documentation required to complete any "know your customer" process (the "***KYC Process***"), including any additional information or documents requested in the event that your identity cannot be verified, and (c) delivery of any Tokens by the Company is contingent on your successful completion of

---

[1] Custody support of the Token through Coinbase Prime is contingent on the Token independently passing Coinbase's listing review process, which is currently ongoing.

the KYC Process and the absence of any legal or regulatory prohibition on such delivery to you of Tokens.

### *Additional Considerations*

The Token has not been registered under the U.S. Securities Act of 1933, as amended, or the securities laws or regulations of any other jurisdiction. This notice is not intended to and does not constitute an offer to sell or the solicitation of an offer to subscribe for or buy or an invitation to purchase or subscribe for any Tokens, nor shall there be any sale, issuance or transfer of Tokens in any jurisdiction in contravention of applicable law.

The Tokens involve a high degree of risk and may be subject to differing tax and regulatory regimes in various jurisdictions. As a result, you are encouraged to consult with your tax and legal advisors on the consequences of exercising your Warrant and acquiring and owning Tokens.

Please note that the Company's expectations regarding future events, including the availability of the Custodian for custody and the timing of mainnet launch, are subject to change and final confirmation by the Company. There is no guarantee that the Protocol mainnet will launch on the schedule, or at all, and no representation or warranty is made by the Company or any of its representatives regarding the Protocol, the Tokens, their use or value.

If you have any questions about how to exercise your Warrant, please contact Jacob Wittman at jw@plasma.to and Rodrigo Seira at rseira@cooley.com.

Sincerely,

*Jacob Wittman*
Name: Jacob Wittman
Title:   General Counsel

# Exhibit A

## Waiver and Release

This Waiver of Notice and Release of Claims is made as of the latest date of signature set forth below, by and among Chain Technologies Research (the "**Company**"), and the undersigned parties. Reference is made to those certain Warrants to Purchase Tokens (the "**Warrants**"), by and between the Company and the holders party thereto (the "**Holders**"). Capitalized terms used herein without definition have the meanings assigned to them in the Warrants.

1. Pursuant to Section 2.6 of the Warrants, prior to any Token Structuring Event or Token Launch, the Company has certain notice obligations to the Holders (the "**Notice Obligations**").

2. Pursuant to Section 8.6 of the Warrants, any term of the Warrants may be waived in a particular instance with the written consent of the Company and the Majority Holders (the "**Requisite Holders**").

3. The Company has undertaken a Token Structuring Event prior to providing this Notice, and the Holders wish to waive any requirement thereto or any claims arising therefrom.

4. In consideration of the receipt of the Tokens, the Holders on behalf of themselves, their successors, assigns, affiliates, and representatives, hereby irrevocably and unconditionally release, acquit, and forever discharge the Company, its Affiliates, and their respective officers, directors, employees, agents, successors, and assigns (the "**Released Parties**") from any and all claims, demands, rights, liabilities, obligations, actions, causes of action, or suits of any kind or nature, whether known or unknown, suspected or unsuspected, in law or equity, arising out of or relating to the Token Structuring Event, Token Launch, the Warrants, or the Notice Obligations (the "**Released Claims**").

5. The undersigned include the Requisite Holders.

6. The Company and each of the undersigned Holders hereby waives on behalf of all Holders any of the Notice Obligations of the Warrants on behalf of all Holders with respect to the Token Structuring Event and Token Launch.

*[Remainder of page intentionally left blank]*

**IN WITNESS WHEREOF**, the parties have executed this Waiver of Notice and Release of Claims as of the date of the last signature hereto.

**COMPANY:**

By: _____*Jacob Wittman*_____

Name:   Jacob Wittman

Title:   General Counsel

Date:   August 6, 2025

**IN WITNESS WHEREOF**, the parties have executed this Waiver of Notice and Release of Claims as of the date of the last signature hereto.

**MERCURY FUND IV, L.P.**

By: *Blair Garrou* (DocuSigned)

Name: Blair Garrou

Title: Managing Partner

Date: 8/11/2025

**Exhibit B**

Exercise Notice

To: Chain Technologies Research (the "***Company***")

      We refer to that certain Warrant to Purchase Tokens of the Company issued on September 26, 2024 (the "***Warrant***") and the Token Structuring Event Notice delivered to the undersigned Holder on August 6, 2025. All terms used but not defined herein have the meanings given to them in the Warrant.

      **Select one of the following two alternatives:**

      ☐ **Cash Exercise.** On the terms and conditions set forth in the Warrant, the undersigned Holder hereby elects to purchase its Portion of the Tokens (the "***Warrant Tokens***"), pursuant to the terms of the attached Warrant, and tenders herewith payment of the Warrant Exercise Price in full.

      ☐ **Net Exercise Election.** On the terms and conditions set forth in the Warrant, the undersigned Holder elects to purchase the Warrant Tokens by net exercise election pursuant to Section 2.5 of the Warrant.

In exercising the Warrant, the undersigned Holder hereby confirms and acknowledges that the representations and warranties set forth in Schedule 1 as they apply to the undersigned Holder are true and complete in all material respects as of the date on which Holder delivers this Exercise Notice. Please (i) issue and deliver the Warrant Tokens to Holder at the network address set forth below and (ii) deliver to Holder, at Holder's address as set forth below, evidence that the Warrant Tokens have been registered in Holder's name and allocated to Holder using the network address set forth below.

3737 Buffalo Speedway, Suite 1750
_____
(Address)

Houston, TX 77098
_____
(City, State, Zip Code)

████████████████████████████████████
(Federal Tax Identification Number)

Not available yet.
_____
(Network Address)

WHEREFORE, the undersigned Holder has executed and delivered the Warrant and this Exercise Notice as of the date set forth below.

**HOLDER:**

| IF AN INDIVIDUAL: | IF AN ENTITY: |
|---|---|

By: _____
    *(duly authorized signature)*

Name: _____
    *(please print or type full name)*

**MERCURY FUND IV, L.P.**
*(please print or type complete name of entity)*

By: *Blair Garrou*
    *(duly authorized signature)*

Name: Blair Garrou
    *(please print or type full name)*

Title: Managing Partner
    *(please print or type full title)*

Date:

Date: 8/11/2025