## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHAIN TECHNOLOGIES RESEARCH, d/b/a/ "PLASMA," | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 1:25-cv-01238-MN |
| MERCURY FUND IV, L.P.; MERCURY FUND AFFILIATES IV, L.P.; MERCURY FUND V, L.P.; MERCURY FUND, AFFILIATES V, L.P.; and MERCURY FUND EXECUTIVES V, L.P., | ) ) ) ) | |
| Defendants. | ) ) | |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Chain Technologies Research, d/b/a "Plasma," and Defendants Mercury Fund IV, L.P.; Mercury Fund Affiliates IV L.P.; Mercury Fund V, L.P.; Mercury Fund, Affiliates V, L.P.; and Mercury Fund Executives V, L.P. (collectively "Mercury") stipulate that the above-captioned action is voluntarily dismissed in its entirety against all Defendants, with prejudice, with each party bearing its own costs, expenses, and attorneys' fees.

Dated: January 2, 2026                                    Respectfully submitted,


CAHILL GORDON & REINDEL LLP                    ROSS ARONSTAM & MORITZ LLP


By:   /s/ Gregory Strong                          By:   /s/ David E. Ross
      Gregory Strong (4664)                               David E. Ross
      221 W. 10th Street, 3rd Floor                       1313 North Market Street, Suite 1001
      Wilmington, Delaware 19801                          Wilmington, Delaware 19801
      gstrong@cahill.com                                  dross@ramllp.com
      Tele: (302) 884-0001                                Tele: (302) 576-1602

Samson A. Enzer (pro hac vice)
Anirudh Bansal (pro hac vice)
Miles C. Wiley (pro hac vice)
32 Old Slip
New York, New York 10005

Samuel M. Strongin (pro hac vice)
900 16th Street N.W., Ste. 500
Washington, D.C. 20006

*Attorneys for Plaintiff Chain Technologies
Research (d/b/a Plasma)*

SUSMAN GODFREY, L.L.P.

Joe Grinstein (pro hac vice forthcoming)
1000 Louisiana Street, 5100,
Houston, Texas 77002
jgrinstein@susmangodfrey.com
Tele: (713)651-9366

Jacob W. Buchdahl (pro hac vice
forthcoming)
Beatrice C. Franklin (pro hac vice
forthcoming)
One Manhattan West,
New York, New York 10001

*Attorneys for Defendants Mercury Fund IV,
L.P.; Mercury Fund Affiliates IV L.P.;
Mercury Fund V, L.P.; Mercury Fund,
Affiliates V, L.P.; and Mercury Fund
Executives V, L.P.*